Jessie Covert, Respondent, v. Samuel Dreyer, Appellant, Impleaded with Marshall Gibson, Defendant.— Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

Delia Dhuy, as Administratrix, etc., Appellant, v. Lindley M. Garrison, as Receiver of the Nassau Electric Railroad Company, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

Joseph Fried, Respondent, v. Peppard Realty Company and Others, Appellants.— Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

Elsie J. Hassall, Appellant, v. Teresa Pontecorvo and Others, Respondents.— Motion to dismiss appeal denied upon payment of ten dollars costs by appellant within five days, upon condition that appellant perfect the appeal for the February term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

Charles H. Higgins and Another, as Copartners, etc., Appellants, v. The G. Piel Company, Inc., and Another, Respondents.— Motion to dismiss appeal denied, without costs, with leave to renew on the whole record. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

In the Matter of the Petition of George H. Corey to Prove the Will of Mary A. Fordham, Deceased.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted, and question certified. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

In the Matter of the Petition of Irving National Bank, New York, etc., to Render and Settle Its Account as Executor of the Last Will and Testament of John H. Bailey, Deceased.— Motion to resettle order granted to the extent of amending the order of affirmance by providing that the special guardian shall recover fifty dollars, and six dollars and twenty-five cents, the amount paid for printing points; otherwise, motion denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

In the Matter of an Application for Judicial Construction of the Last Will and Testament of Charity C. Mould, Deceased.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

Henrietta Johnson, Respondent, v. Andrew Antonopoulos, Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

Leo J. Kahn, Appellant, v. Winifred W. Kahn, Respondent.— Motion for stay granted upon condition that the appeal be brought on for argument at the February term; also upon condition that plaintiff shall not move the case for trial pending the appeal. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.